IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KYLE and TARAN HELM, individually and as next friends for JANE DOE 1, JANE DOE 2 and JANE DOE 3, GARY and AMY DESJARDINS, individually and as next friends for JOHN DOE 1 and JANE DOE 4, MICHELLE PETTY, individually and as next friend for JANE DOE 5 and JANE DOE 6, HEATHER WALLACE, individually and as next friends for JANE DOE 7 and JANE DOE 8, GREGORY and KRYSTLE ADAME, individually and as next friend for JANE DOE 9, JEFF and CARRIE SELLERS, individually and as next friends for JANE DOE 10, JOHN DOE 2 and JANE DOE 11, SEAN and CAROLINA COLLINS, individually and as next friend for JOHN DOE 3, ROBBY and TAMSYN BELL, individually and as next friends for JANE DOE 12, JANE DOE 13 and JANE DOE 14, STAN and KATIE LEWANDOSKI, individually and as next friends for JANE DOE 15 and JOHN DOE 4, MARLEATIA BESS and ROBIN FREEL, individually and as next friends for JANE DOE 16 and JOHN DOE 5,

    Plaintiff,

v.                                                                CASE NO. :

DUVAL COUNTY SCHOOL BOARD,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441-1449 and Rule 1.06 of the Local Rules of the United States District Court for the Middle District of Florida, Defendant, DUVAL COUNTY SCHOOL BOARD (the City of Jacksonville), files this Notice of Removal, and states:

1. On September 2, 2021, the above-styled action was commenced in the Circuit Court for the Fourth Judicial Circuit, Duval County, Florida, (Case No.: 16-2021-CA-004794; Div. CV-G) and is now pending in that court.

2. On September 2, 2021, Defendant received copies of the Complaint and Petition for an Emergency Preliminary Injunction, constituting its first receipt of the initial pleading in this action.

3. In Count IV of the Complaint, Plaintiffs allege ongoing violations of their constitutional rights. In Count V of the Complaint, Plaintiffs allege they are being treated differently in violation of the Equal Protection Clause of the United States Constitution. In Count VII of the Complaint, Plaintiffs allege a violation of their Fourteenth Amendment constitutional rights. The adjudication of these three claims depends on the application of federal law.

4. This Court has original jurisdiction over this claim under the provisions of 28 U.S.C. § 1331. The action is therefore removable in its entirety under 28 U.S.C. § 1441(a) and (c).

5. This Court has supplemental jurisdiction over the state law claims.

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06(b), a true and legible copy of the complete state court file is submitted herewith as Exhibit "A."

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days after service of the summons on Defendant.

8. Because this action is pending in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, venue for removal is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), 1441(a) and Middle District of Florida Local Rules 1.06(a).

9. Pursuant to 28 U.S.C. § 1446(d), Defendant is serving this Notice of Removal on the adverse party and filing a copy of this Notice of Removal with the Clerk of the Fourth Judicial Circuit, Duval County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

**WHEREFORE**, Defendant, DUVAL COUNTY SCHOOL BOARD, respectfully requests that the action now pending in the Fourth Judicial Circuit, Duval County, Florida, be removed to this Court.

**DATED: SEPTEMBER 8, 2021**

                                        **OFFICE OF GENERAL COUNSEL**

                                        */s/ Laura J. Boeckman*
                                        Laura J. Boeckman
                                        Assistant General Counsel
                                        Florida Bar No.: 527750
                                        Craig D. Feiser
                                        Assistant General Counsel
                                        Florida Bar No.: 164593
                                        Kelly H. Papa
                                        Assistant General Counsel
                                        Florida Bar No.: 178004
                                        James E. Millard

                    Assistant General Counsel
                    Florida Bar No.: 47358
                    117 West Duval Street, Suite 480
                    Jacksonville, Florida 32202
                    Telephone:  (904) 255-5100
                    Facsimile:  (904) 255-5199
                    lboeckman@coj.net
                    cfeiser@coj.net
                    kpapa@coj.net
                    jemillard@coj.net
                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and mailed a copy of the foregoing to:

Nicholas P. Whitney
10751 Deerwood Park Blvd.
Ste. 105
Jacksonville, FL 32256
nwhitney@asglaw.com

Gregory Anderson
10751 Deerwood Park Blvd.
St. 105
Jacksonville, FL 32256
gaanderson@asglaw.com

Cord Byrd
1015 Atlantic Blvd., #281
Atlantic Beach, FL 32233
cord@cordbyrdlaw.com

                    */s/ Laura J. Boeckman*
                        Laura J. Boeckman