**Case 16-2021-CA-004794-XXXX-MA**

| Department | Circuit Civil | Division | CV-G |
|---|---|---|---|
| Case Status | OPEN | File Date | 9/2/2021 4:56:58 PM |
| Judge Name | WILKINSON, GARY | Officer | |
| Private Attorney | Whitney, Nicholas Price | | |

| Parties ||| 
|---|---|---|
| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
| KYLE HELM | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| TARAN HELM | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BOULEVARD<br>105<br>JACKSONVILLE, FL32256 |
| GARY DESJARDINS | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| AMY DESJARDINS | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| MICHELLE PETTY | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| HEATHER WALLACE | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BOULEVARD<br>105<br>JACKSONVILLE, FL32256 |
| GREGORY ADAME | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BOULEVARD<br>105<br>JACKSONVILLE, FL32256 |
| KRYSTLE ADAME | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JEFF SELLERS | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| CARRIE SELLERS | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BOULEVARD<br>105<br>JACKSONVILLE, FL32256 |
| SEAN COLLINS | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| CAROLINA COLLINS | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| ROBBY BELL | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BOULEVARD<br>105<br>JACKSONVILLE, FL32256 |
| TAMSYN BELL | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| STAN LEWANDOSKI | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| KATIE LEWANDOSKI | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BOULEVARD<br>105<br>JACKSONVILLE, FL32256 |
| MARLEATIA BESS | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| ROBIN FREEL | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BOULEVARD<br>105<br>JACKSONVILLE, FL32256 |
| JANE DOE 1 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 2 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| JANE DOE 3 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JOHN DOE 1 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, -132256 |
| JANE DOE 4 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 5 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 6 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 7 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 8 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 9 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 10 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JOHN DOE 2 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BOULEVARD<br>105<br>JACKSONVILLE, FL32256 |
| JANE DOE 11 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JOHN DOE 3 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 12 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 13 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BOULEVARD<br>105<br>JACKSONVILLE, FL32256 |
| JANE DOE 14 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 15 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JOHN DOE 4 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JANE DOE 16 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| JOHN DOE 5 | PLAINTIFF<br>/ | 10751 DEERWOOD PARK BLVD<br>SUITE 105<br>JACKSONVILLE, FL32256 |
| DUVAL COUNTY SCHOOL BOARD | DEFENDANT<br>/ | MCDUFFIEB@DUVALSCHOOLS.ORG<br>JACKSONVILLE, FL32202 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Whitney, Nicholas Price<br>Private Attorney (119450) | 10751 Deerwood Park Blvd Ste 105<br>Jacksonville, FL32256-4853 | KYLE HELM (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 09/03/2021 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective / Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 9/2/2021 / 9/3/2021 | CONSTITUTIONAL CHALLENGE - STATUTE OR ORDINANCE | | |
| 2 D2 | -- | 9/2/2021 / 9/3/2021 | COVER SHEET | 4 | Available — VOR, User exempt |
| 3 D3 | -- | 9/2/2021 / 9/3/2021 | COMPLAINT | 84 | Available — VOR, User exempt |
| 4 D4 | -- | 9/2/2021 / 9/3/2021 | PETITION FOR AN EMERGENCY PRELIMINARY INJUNCTION | 38 | Available — VOR, User exempt |
| 5 D5 | -- | 9/2/2021 / 9/3/2021 | CASE FEES PAID: $401.00 ON RECEIPT NUMBER 3978322 | 1 | Available — Public access |