**EXHIBIT B**

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2021-CA-004794
DIVISION: CV-D

KYLE and TARAN HELM, et al.,

     Plaintiff,

vs.

DUVAL COUNTY SCHOOL BOARD,

     Defendant.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant, DUVAL COUNTY SCHOOL BOARD, hereby provides notice that Defendant is removing this matter from state court by virtue of having filed a Notice of Removal of this action to the United States District Court, Middle District of Florida, Jacksonville Division. The state court shall proceed no further unless and until the case is remanded. A copy of the Notice of Removal, without exhibits, is attached.

**DATED: SEPTEMBER 8, 2021**

                                    **OFFICE OF GENERAL COUNSEL**

                                    */s/ Laura J. Boeckman*
                                    Laura J. Boeckman
                                    Assistant General Counsel
                                    Florida Bar No.: 527750

**EXHIBIT B**

Craig D. Feiser
Assistant General Counsel
Florida Bar No.: 164593
Kelly H. Papa
Assistant General Counsel
Florida Bar No.: 178004
James E. Millard
Assistant General Counsel
Florida Bar No.: 47358
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone:  (904) 630-1700
Facsimile:  (904) 630-1316
lboeckman@coj.net
cfeiser@coj.net
kpapa@coj.net
jemillard@coj.net
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the Florida Courts E-Filing Portal, and mailed a copy of the foregoing to:

Nicholas P. Whitney
10751 Deerwood Park Blvd.
Ste. 105
Jacksonville, FL 32256
nwhitney@asglaw.com

Gregory Anderson
10751 Deerwood Park Blvd.
St. 105
Jacksonville, FL  32256
gaanderson@asglaw.com

Cord Byrd
1015 Atlantic Blvd., #281
Atlantic Beach, FL 32233
cord@cordbyrdlaw.com

*/s/ Laura J. Boeckman*
Laura J. Boeckman

2