UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3-21-cv-00900-MMH-JRK

**KYLE and TARAN HELM**, individually and as next friends for **JANE DOE 1, JANE DOE 2** and **JANE DOE 3**, et al.,

Plaintiffs,

v.

**DUVAL COUNTY SCHOOL BOARD**,

Defendant.
_____/

## PLAINTIFFS' MOTION TO REMAND

**COME NOW KYLE** and **TARAN HELM**, individually and as next friends for **JANE DOE 1, JANE DOE 2**, and **JANE DOE 3**, et al., Plaintiffs, by and through their undersigned counsel, and pursuant to 28 U.S.C. §1447, file this Motion to Remand, and respectfully request this Honorable Court remand this case to Duval County Circuit Civil Court, and in support thereof state:

1. On September 2, 2021, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief and Damages in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida.

2. On September 8, 2021, Defendant, **DUVAL COUNTY SCHOOL BOARD**, filed its Notice of Removal to the United States District Court, Middle District of Florida, Jacksonville Division.

3. On September 20, 2021, Plaintiffs filed their Motion for Preliminary Injunction and Incorporated Memorandum of Law in United States District Court, Middle District of Florida, Jacksonville Division.

4. The hearing on Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss was set for October 15, 2021.

5. On October 14, 2021, following a status conference, this Honorable Court entered an Order stating, "[I]f Plaintiffs remove all federal claims from the amended complaint, Plaintiffs shall file an accompanying motion to remand on that same date."

6. Earlier today, Plaintiffs filed their Amended Complaint and removed all federal claims pursuant to this Court's October 14, 2021, Order.

7. This civil action arises under state law, and does not arise under the Federal Constitution, laws, or treaties of the United States. As such, no federal question jurisdiction exists, and jurisdiction is improper under 28 U.S.C. §1331 and remand to State court is proper.

8. Federal diversity jurisdiction, pursuant to 28 U.S.C. §1332, exists only when there is (a) complete diversity between citizens of different states, and (b)

the amount in controversy exceeds $75,000.00. 28 U.S.C. §1332. Plaintiffs and Defendant reside in Florida. Therefore, federal diversity jurisdiction is not satisfied, and Plaintiffs respectfully request this matter be remanded back to State court.

**WHEREFORE**, pursuant to 28 U.S.C. 1447(c), Plaintiffs respectfully request this Court enter an Order to remand this case to Duval County Circuit Civil Court, and that a certified copy of the Order shall be mailed to the clerk of the State court.

**DATED** the 26th day of October, 2021.

|  | **ANDERSONGLENN LLP** |
|---|---|
| */s/ Cord Byrd*_____ | */s/ Nicholas P. Whitney*_____ |
| **Cord Byrd, Esquire** | **Gregory A. Anderson, Esquire** |
| Florida Bar No. 134406 | **Trial Counsel** |
| cord@cordbyrdlaw.com | Florida Bar Number: 398853 |
| esther@cordbyrdlaw.com | gaanderson@asglaw.com |
| 1015 Atlantic Boulevard, #281 | **Nicholas P. Whitney, Esquire** |
| Atlantic Beach, FL 32233 | Florida Bar Number: 119450 |
| Telephone: (904) 246-2404 | nwhitney@asglaw.com |
| *Co-Counsel for Plaintiffs* | 10751 Deerwood Park Blvd., #105 |
|  | Jacksonville, Florida 32256 |
|  | Telephone: (904) 273-4734 |
|  | Facsimile: (904) 273-4712 |
|  | *Attorneys for Plaintiffs* |

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2021, I electronically served this Plaintiffs' Motion to Remand to all counsel and parties of record which appear below:

**Counsel for Defendant**
Laura J. Boeckman, Esquire

3

Craig D. Feiser, Esquire
Kelly H. Papa, Esquire
James E. Millard, Esquire
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL  32202
(904) 255-5069 - phone
(904) 255-5120 - Facsimile
lboeckman@coj.net; sstevison@coj.net
cfeiser@coj.net; bosburn@coj.net
kpapa@coj.net; jmurad@coj.net
jemillard@coj.net; kgay@coj.net

**ANDERSONGLENN LLP**

*/s/ Nicholas P. Whitney*
**Gregory A. Anderson, Esquire**
**Trial Counsel**
Florida Bar Number: 398853
gaanderson@asglaw.com
**Nicholas P. Whitney, Esquire**
Florida Bar Number: 119450
nwhitney@asglaw.com
10751 Deerwood Park Blvd., #105
Jacksonville, Florida 32256
Telephone: (904) 273-4734
Facsimile:  (904) 273-4712
*Attorneys for Plaintiffs*

*/s/ Cord Byrd*
**Cord Byrd, Esquire**
Florida Bar No. 134406
cord@cordbyrdlaw.com
esther@cordbyrdlaw.com
1015 Atlantic Boulevard, #281
 Atlantic Beach, FL 32233
Telephone:  (904) 246-2404
*Co-Counsel for Plaintiffs*