# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KYLE HELM, et al.,

    Plaintiffs,

v.                            Case No. 3:21-cv-900-TJC-LLL

DUVAL COUNTY SCHOOL
BOARD,

    Defendant.

## O R D E R

Though the parties have not notified the Court of any change in Duval County School Board's mask policy which is the subject of this suit, the Court takes judicial notice of news reports indicating that the policy may have been modified or even rescinded. This raises the question of whether this action is moot.

Accordingly, it is hereby

**ORDERED:**

No later than **December 10, 2021**, the parties, either jointly or separately, shall inform the Court whether the case is moot.

**DONE AND ORDERED** in Jacksonville, Florida the 30th day of November, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record